APRIi\

7353 Company Drive
Indianapolis, IN 46237-9274

June 6, 2023

Paul Kramer
26976 Brighton Ln.
Lake Forest, CA 92630-5854
P26T12a2

**Notice of Data Breach**

Dear Paul Kramer,

We are writing to tell you about a data breach that may have exposed some of your personal information. We take the protection and proper use of your information very seriously. For this reason, we are contacting you directly to explain the circumstances of the incident.

**What happened?**

On September 1, 2021, Apria Healthcare LLC ("Apria") received a notification regarding access to select Apria systems by an unauthorized third party. Apria took immediate action to mitigate the incident, including working with the Federal Bureau oflnvestigation (FBI) and hir.ing a reputable forensic investigation team to investigate and securely resolve the incident. An unauthorized third party accessed systems which contained personal information from April 5, 2019 to May 7, 2019 and from August 27, 2021 to October 10, 2021.

**What information was involved?**

Based on its investigation and discussions with law enforcement, Apria believes the purpose of the unauthorized access was to fraudulently obtain funds from Apria and not to access personal infotmation of its patients or employees. There is no evidence of funds removed, and Apria is not aware of the misuse of personal information related to this incident. A small number of emails and files were confirmed to have been accessed, but there is no proof that any data was taken from any system. For the individuals receiving this notice, the investigation was unable to confirm whether any emails or files about you were actually accessed. There is no evidence of funds removed or data taken from the system or of misuse of personal information related to this incident. However, Apria cannot rule out the possibility that some files containing individuals' information may have been accessed as a result of this incident. Therefore, Apria has identified the following ino rmation relating to you that may have been accessed by the attacker: date of birth, device descriptions, patient account number, patient address, patient dates of service, patient email address, patient name, and patient telephone numbers.

**What we are doing.**

Apria has worked *with* the FBI and forensic investigators to conduct a thorough review of the potentially affected systems. We have also implemented additional security measures upon the guidance and recommendation of our forensic investigators to help prevent the reoccurrence of a similar breach and to further protect the privacy of our patients and employees.

To help relieve concerns and restore confidence following this incident, we have secured the services of Kroll to provjde identity monitoring at no cost to you for one year. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your identity monitoring services include Credit Monitoring, Ftaud Consultation, and Identity Theft Restoration.



EXHIBIT A