UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SMITH on behalf of herself and all others similarly situated, ELISA STROFFOLINO on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APRIA HEALTHCARE LLC,<br><br>Defendant. | No. 1:23-cv-01003-JPH-KMB |
| RITA MAY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APRIA HEALTHCARE LLC,<br><br>Defendant. | No. 1:23-cv-01072-JPH-KMB |
| CHAD HOHENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>APRIA HEALTHCARE LLC,<br><br>Defendant. | No. 1:23-cv-01074-JPH-KMB |
| VICTORIA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>APRIA HEALTHCARE, LLC,<br><br>Defendant. | No. 1:23-cv-01096-JPH-KMB |

1

```
-----------------------------------------------------
SUZANNE CUYLE,                          )
                                        )
Plaintiff,                              )
                                        )
              v.                        )   No. 1:23-cv-01042-JPH-KMB
                                        )
APRIA HEALTHCARE, LLC,                  )
                                        )
Defendant.                              )
-----------------------------------------------------
LEONARDO DEPINTO,                       )
                                        )
Plaintiff,                              )
                                        )
              v.                        )   No. 1:23-cv-01056-JPH-KMB
                                        )
APRIA HEALTHCARE LLC,                   )
                                        )
Defendant.                              )
-----------------------------------------------------
ROBERT N. HERRERA,                      )
                                        )
              Plaintiff,                )
                                        )
              v.                        )   No. 1:23-cv-01031-JPH-KMB
                                        )
APRIA HEALTHCARE LLC,                   )
                                        )
              Defendant.                )
-----------------------------------------------------
PAUL KRAMER,                            )
                                        )
              Plaintiff,                )
                                        )
              v.                        )   No. 1:23-cv-01066-JPH-KMB
                                        )
APRIA HEALTHCARE, LLC,                  )
                                        )
              Defendant.                )
-----------------------------------------------------
HEATH PATRICK HUMPHRIES, et al.,        )
                                        )
              Plaintiffs,               )
                                        )
              v.                        )   No. 1:23-cv-01147-JPH-KMB
```

2

| | |  |
|---|---|---|
| APRIA HEALTHCARE, LLC, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ANTHONY BOYD, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:23-cv-01085-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHRISTINE CURRY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:23-cv-01153-JPH-KMB |
| APRIA HEALTHCARE, LLC, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| B.B., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:23-cv-01187-JPH-KMB |
| APRIA HEALTHCARE GROUP, LLC, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ILYA RABINOVICH, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:23-cv-01205-JPH-KMB |
| APRIA HEALTHCARE, LLC, | ) | |
| Defendant. | ) | |

3

| | |
|---|---|
| DEBBIE BOBBITT, | ) |
|            Plaintiff, | ) |
|            v. | ) No. 1:23-cv-01166-JPH-KMB |
| APRIA HEALTHCARE LLC, | ) |
|            Defendant. | ) |

## ORDER

The Court accepts Magistrate Judge Barr's recommendation, dkt. [44] to procedurally close the following cases after consolidation:

1:23-cv-01072-JPH-KMB
1:23-cv-01074-JPH-KMB
1:23-cv-01096-JPH-KMB
1:23-cv-01042-JPH-KMB
1:23-cv-01056-JPH-KMB
1:23-cv-01031-JPH-KMB
1:23-cv-01066-JPH-KMB
1:23-cv-01147-JPH-KMB
1:23-cv-01085-JPH-KMB
1:23-cv-01153-JPH-KMB
1:23-cv-01187-JPH-KMB
1:23-cv-01205-JPH-KMB
1:23-cv-01166-JPH-KMB

Thus, the **Clerk is directed to procedurally close these cases**. All deadlines and hearing settings are vacated, and all pending motions in this matter are terminated without prejudice.

**SO ORDERED.**

Date: 9/25/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.